# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN DEANGELO, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | 09-535 |
| | : | |
| DENTALEZ, INC., et al., | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 2nd day of September 2010, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 34), Plaintiff's Opposition thereto (Doc. No. 37), and Defendants' Reply (Doc. No. 40), IT IS HEREBY ORDERED that the Motion is GRANTED in part and DENIED in part as follows:

1. Defendants' Motion for Summary Judgment is GRANTED as to Plaintiff's PHRA claims;

2. Defendants' Motion for Summary Judgment is DENIED in all other respects.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE