IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN DEANGELO, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | 09-535 |
| | : | |
| DENTALEZ, INC., et al., | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 14th day of April 2011, upon consideration of Defendant JEP Management's Motion for Summary Judgment (Docket No. 62), Plaintiff's Response in Opposition (Docket No. 76), and JEP Management's Reply (Docket No. 86), it is hereby ORDERED that JEP Management's Motion is DENIED.

BY THE COURT:

GENE E. K. PRATTER
UNITED STATES DISTRICT JUDGE